Naheem Clark                          5                       56097 - MEB
Docket Number: 1:09CR00813 – 01 (DC)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☐   Court approves U.S. Probation Officer's action(s)

                                    or

U.S. Probation Officer is directed to:

☐   Submit a Request for Modifying the Condition or Term of Supervision

☑   Submit a Request for Warrant or Summons

☐   Other:

At a conference, the
defendant's employment
status will be addressed.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 12-6-17
```

_____
Signature of Judicial Officer

12/6/17
Date

PROB 12A
(4/15)