| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 09CR00813(DC) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Naheem Clark<br>Lindenwold, NJ | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | Denise Cote, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>August 19, 2011 | TO<br>April 13, 2021 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2019

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base in violation of title 21USC846; Count 2: Felon to Possess of a Firearm in violation of title 18USC922(g)(1).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12/5/19_
Date

_/s/ Denise Cote_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge